...

SIDNEY J. COHEN, Esq., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
Richard Skaff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF SAUSALITO and DOES 1 through 20, Inclusive,<br><br>  Defendants.<br>_____ / | CASE NO.  C 13-01926 NC<br><u>Civil Rights</u><br><br>**ADMINISTRATIVE MOTION, DECLARATION, AND [~~PROPOSED~~] ORDER FOR RELIEF FOR CASE MANAGEMENT CONFERENCE**<br><br>Pursuant to General Order 56, paragraph 8 And Local Civil Rule 7-11 |

**ADMINISTRATIVE MOTION**

Plaintiff brought this action against defendant City of Sausalito alleging violations of Title II of the Americans With Disabilities Act and related statutes and regulations. Accordingly, this case is governed by the procedures of General Order 56.

The parties have complied with the requirements of paragraphs 1 through 7 of General Order 56.

The parties have held two mediations and had scheduled a further mediation for April 30 and May 1, 2014.

By e mail dated April 17, 2014 to mediator Daniel Bowling and the undersigned, defendant's City of Sausalito's counsel stated "...that from the City's standpoint, the mediation process went forward in good faith (two sessions) and is now completed, albeit without resolution." Defendant's counsel

1  then requested "... that the mediation be certified as completed per GO 56."

2  On April 24, 2014 the mediator certified that the case did not settle,
3  that further facilitated discussions are not expected, and that the ADR process is
4  complete (See DKT # 13).

5  Because the case has not settled at mediation, Plaintiff files this
6  Motion For Administrative Relief requesting a Case Management Conference
7  pursuant to the requirements of paragraph 8 of General Order 56 and Local Civil
8  Rule 7-11.

9  In scheduling a Case Management Conference, please take note of
10 the fact that Mr. Cohen, a solo practitioner and counsel for plaintiff, will be out
11 of the country and otherwise unavailable for any purpose during the period May
12 12, 2014 through June 1, 2014.   (See  DKT # 14.) In this regard, Plaintiff
13 requests that the Case Management Conference be set for Wednesday, June 11,
14 2014.

15 Date: May 1, 2014                             SIDNEY J. COHEN
                                                PROFESSIONAL CORPORATION
16
                                                /s/ Sidney J. Cohen
17                                              _____
                                                Sidney J. Cohen
18                                              Attorney for Plaintiff Richard Skaff

19 **DECLARATION OF SIDNEY J. COHEN**

20      I, Sidney J. Cohen, declare:

21      1.      I am counsel for Plaintiff in this action. I am an attorney in good
22 standing and licensed to practice in the courts of California, in the United States
23 District Courts for the Northern, Eastern, and Central Districts, in the United
24 States Court of Appeals for the Ninth Circuit, and in the United States Supreme
25 Court. If called upon to testify, I would testify as follows regarding the reasons I
26 was not able to obtain a Stipulation from defendant City of Sausalito's counsel,
27 Adam Abel, agreeing to a Case Management Conference.
28

1    2.    By e mail to Mr. Abel dated April 24, 2014, a true and correct copy of which is enclosed as Exhibit 1, I, among other things, advised that pursuant to paragraph 8 of General Order 56 and Local Civil Rule 7-11 Plaintiff was obligated to file with the Court a Motion For Administrative Relief for a Case Management Conference by no later than May 1,2014 and that the Motion had to be accompanied by a Stipulation under Local Civil Rule 7-12 or by a declaration stating why a stipulation could not be obtained.  In this regard, attached to the April 24  e mail for Mr. Abel's review was Plaintiff's proposed "MOTION, STIPULATION, AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF FOR CASE MANAGEMENT CONFERENCE," a true and correct copy of which is enclosed as Exhibit 2.

3.    My April 24, 2014 e mail  further  requested that following his review  Mr. Abel  date, sign,and provide me the dated and signed Stipulation if it was acceptable to him, to e  mail or call me if he had questions or concerns, or to otherwise let me know if the Defendant City of Sausalito was not willing to stipulate.

4.    Finally, my April 24, 2014 e mail advised  that if I did not have an agreed upon, dated, and signed Stipulation by April 29, 2014 that I would prepare the Motion with a declation that I could not obtain a Stipulation.

5.    I have not received any  communications  whatsoever from Mr. Abel, or  anyone else, in response to or in connection with this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of May, 2014 at Oakland, California.

/s/ Sidney J. Cohen

_____
Sidney J. Cohen

### ORDER

Pursuant to paragraph 8 of General Order 56 and Local Civil Rule

7-11, and for good cause shown, the court sets a case management conference for 10:00 A.M. on Wednesday, ___June 11, 2014___. The parties shall e file a joint case management statement by no later than ___June 4, 2014___.

**IT IS SO ORDERED.**

**Date:** May 1, 2014

Nathanael Cousins
United States Magistrate Judge

