SIDNEY J. COHEN, Esq., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
Richard Skaff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF SAUSALITO and DOES 1 through 20, Inclusive,<br><br>   Defendants.<br>_____ / | CASE NO. C 13-01926 NC<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>FRPC 41 |

    Plaintiff Richard Skaff and Defendant City of Sausalito, by and through their attorneys of record, file this Stipulation And Order For Dismissal pursuant to Federal Rule of Civil Procedure section 41.

    Plaintiff filed this lawsuit on April 26, 2013.

    Plaintiff and Defendant have entered into a "Settlement Agreement And Release" which settles all aspects of the lawsuit. The Agreement states in part that "The court shall retain jurisdiction to enforce this Agreement." Plaintiff and Defendant stipulate to the court retaining jurisdiction to enforce the Agreement.

    Plaintiff moves to dismiss with prejudice the lawsuit against Defendant.

    Defendant, who has answered the complaint, agrees to the dismissal.

    This case is not a class action, and no receiver has been appointed.

    This Stipulation and Order may be signed in counterparts, and facsimile or electronically transmitted signatures shall be as valid and as binding as original signatures.

1  Wherefore, Plaintiff and Defendant, by and through their attorneys of
2  record, so stipulate.

3  Date: 7/9/15                    SIDNEY J. COHEN
                                   PROFESSIONAL CORPORATION
4                                         /s/ Sidney J. Cohen
                                   By _____
5                                     Sidney J. Cohen
                                      Attorney for Plaintiff Richard Skaff
6

7  Date: July 9, 2015              SHEPPARD, MULLIN, RICHTER
                                   & HAMPTON
8                                         /s/ Gregory F. Hurley
                                   By _____
9                                     Gregory F. Hurley
                                      Attorney for Defendant City of
10                                    Sausalito

11 PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:
12     The lawsuit against Defendant is dismissed with prejudice. The Court
13 shall retain jurisdiction to enforce the parties' "Settlement Agreement And
14 Release."

15 Date: July 13, 2015
                                   _____
16                                 Nathanael M. Cousins
                                   United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER FOR DISMISSAL            2